UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ANN LANCASTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. <u>4:11-CV-01694</u> |
| v. ) | |
| ) | |
| RALDEX, INC., and ) | |
| JOHN DOE NOS. 1-10, ) | |
| ) | Order to Substitute Party |
| Defendants. ) | |
| ) | |

**ORDER**

The Plaintiff's Motion to Substitute Party having been read and considered, and the Court having considered the full record and all submissions and arguments of counsel, and having determined that the proper party defendant Raldex V, Inc. is subject to the jurisdiction of this Court and should be added as a defendant to resolve fully the issues in this action as fairly and expeditiously as possible,

**IT IS HEREBY ORDERED** that parties' Motion is granted and Raldex, Inc. is dismissed, and Raldex V, Inc. is added as a defendant to this action, and the caption of this action shall be amended accordingly. Plaintiffs are granted leave to file within 15 days from the date of this Order the proposed Amended Complaint attached to their Motion and to serve the said Amended Complaint and Summons thereon, along with a copy of this Order, upon defendant Raldex V, Inc. as required by law. Defendant Raldex V, Inc. shall respond to said Amended Complaint within 30 days after service. The caption of this action shall be amended

accordingly.

**SO ORDERED**, this 11th day of October, 2011.

        s/ R. Bryan Harwell
        Honorable R. Bryan Harwell, U.S. District Judge